IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NINA MARIE COLEMAN, § | | |
| Plaintiff, § | | |
| vs. § | Civil Action No. 3:18-CV-3408-M-BH | |
| § | | |
| FEMA, § | | |
| Defendant. § | Referred to U.S. Magistrate Judge | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

The plaintiff's *Motion for Default Judgment*, filed April 8, 2019 (doc. 20), is **DENIED**.

**SIGNED** this 15th day of May, 2019.

*/s/ Barbara M. G. Lynn*
**BARBARA M. G. LYNN
CHIEF JUDGE**